**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 23-13432 |
| Marcus Johnson ) | Chapter 7 |
| ) | Judge Janet S. Baer |
| Debtor. ) | |

**NOTICE OF OBJECTION**

TO:  **Patrick S Layng, USTPRegion11.ES.ECF@usdoj.gov**
**Frank J Kokoszka, trustee@k-jlaw.com**

Debtor objects to the Trustee's Motion to Dismiss filed as Docket Entry # 23 and requests that the matter be called for hearing.

Johnson Marcus, Debtor

By: */s/ Vaughn A. White*

Vaughn A. White ARDC # 6198291
VW LAW LLC
Attorney for Debtor
1755 Park St., Suite 200
Naperville, IL 60563
312-888-0131
vaughn@vaughnwhite.com

**CERTIFICATE OF SERVICE**

I, Vaughn A. White, an attorney, certify that I served a copy of this notice of objection by Email Delivery through ECF to each entity shown above at the address shown and by the method indicated on January 10, 2024.

*/s/ Vaughn A. White*
Vaughn A. White